DEVIN DERHAM-BURK, STATE BAR NO. 104353
CHAPTER 13 TRUSTEE - DIVISION 5
MAILING ADDRESS:     P.O. BOX 50013
                     SAN JOSE, CA 95150-0013

TELEPHONE:   (408) 354-4413
FACSIMILE:   (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

RUGRODEN, MAURICE E

Debtor(s)

CHAPTER 13 CASE NO. 07-5-2565 ASW

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
WITH CERTIFICATE OF SERVICE
341 Meeting: OCTOBER 1, 2007 @ 9:30 AM
Pre-Hearing Conference Date: DECEMBER 3, 2007
Pre-Hearing Conference Time: 2:00 PM
Judge: WEISSBRODT
Pre-Hearing Conference Place: U.S. Bankruptcy Court, SAN JOSE

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to review the debtor's Petition as the debtor has failed to file all schedules, the Statement of Current Monthly Income and the Statement of Financial Affairs.

THE TRUSTEE STRONGLY RECOMMENDS DEBTOR CONTACT AN EXPERIENCED CHAPTER 13 ATTORNEY FOR ASSISTANCE.  DEBTOR'S FAILURE TO COMPLY WITH THE BANKRUPTCY CODE MAY RESULT IN DISMISSAL OF THE CASE.


Dated: September 24, 2007                    /S/ Devin Derham-Burk
                                         _____
                                              # 104353 Chapter 13 Trustee

Case: 07-52565   Doc# 15   Filed: 09/25/07   Entered: 09/25/07 21:11:13   Page 1 of 2

forms pleading legal ddb objection -- Page 1 of 2
[c:\documents and settings\cchulasawan\my documents\objections\pro-se\rugroden obj0752565.doc]

## CERTIFICATE OF SERVICE BY MAIL
**[B.R. 7005, F.R.C.P. 5]**

I am not less than 18 years of age and not a party to the within case. My business address is 983 University Avenue, Bldg. C, Suite 100, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

On September 25, 2007, a true and accurate photo-copy of the following described document,

- OBJECTION TO CONFIRMATION OF PLAN

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| MAURICE E RUGRODEN<br>P O BOX 1418<br>LOS GATOS CA 95031 | PRO-SE |

In addition to the foregoing, if any of the following are checked, service at the addresses and/or fax numbers noted above was also completed by:
___ Facsimile Transmission
___ Federal Express
___ Certified Mail
___ Personal hand Delivery
___ Express mailing

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on September 25, 2007, at Los Gatos, California.

/S/ Chaovalai Chulasawan
_____
# 5911

forms pleading legal ddb objection -- Page 2 of 2

[c:\documents and settings\cchulasawan\my documents\objections\pro-se\rugroden obj0752565.doc]